

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:19CR160 |
| | § | Judge Crone |
|  | § | |
| NICOLE RENE MARTINEZ (2) | § | |
| a.k.a. "Nikki" | § | |

## FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation:  21 U.S.C. § 846 (Conspiracy
> to Possess with the Intent to Manufacture
> and Distribute Gamma Hydroxybutrate
> ("GHB"))

That from sometime in or about January 2018, and continuously thereafter up to

and including July 9, 2019, in the Eastern District of Texas, and elsewhere,

**Nicole Rene Martinez, a.k.a. "Nikki"**

First Superseding Indictment/Notice of Penalty – Page 1



defendants, did knowingly and intentionally combine, conspire, and agree with each other

and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to manufacture and distribute a mixture or

substance containing a detectable amount of Gamma Hydroxybutrate ("GHB"), a

violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

> Violation:  21 U.S.C. § 846 (Conspiracy
> to Possess with the Intent to Manufacture
> and Distribute Methamphetamine)

That from sometime in or about January 2018, and continuously thereafter up to

and including July 9, 2019, in the Eastern District of Texas, and elsewhere,

**Nicole Rene Martinez, a.k.a. "Nikki"**



defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Three

Violation: Title 21 U.S.C. § 848(a)
(Continuing Criminal Enterprise)

That from sometime in or about January 2015, and continuously thereafter up to and including October 10, 2018, in the Eastern District of Texas, and elsewhere, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ defendants herein, did unlawfully, knowingly and intentionally engage in a continuing criminal enterprise in that they unlawfully, knowingly and intentionally violated 21 U.S.C. § 846, which violation includes, but is not limited to, the substantive violations alleged in Counts One and Two of this First Superseding Indictment, to wit: Conspiracy to Possess with the Intent to Manufacture and Distribute Gamma Hydroxybutrate ("GHB") and Methamphetamine, and which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, et seq., undertaken by defendants ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, in concert with at least five other persons with respect to whom ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ occupied positions of organizer, supervisor, and any

position of management, and from which such continuing series of violations the

defendants obtained substantial income and resources.

All in violation of 21 U.S.C. § 848(a).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses charged in this First Superseding

Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 846,

all property used to commit or facilitate the offenses, proceeds from the offenses, and

property derived from proceeds obtained directly or indirectly from the offenses,

including but not limited to:

All such proceeds and/or instrumentalities are subject to forfeiture by the

government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          _____
ERNEST GONZALEZ                           Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS·
SHERMAN DIVISION



UNITED STATES OF AMERICA        §        **SEALED**
                                §
v.                              §        No. 4:19CR160
                                §        Judge Crone
                                §
NICOLE RENE MARTINEZ (2)        §
   a.k.a. "Nikki"               §

## Count One

<u>Violation</u>:    21 U.S.C. § 846

<u>Penalty</u>:    Imprisonment for a term of not more than 20 years, a fine not to exceed $1 million, or both; supervised release of at least three years.

<u>Special Assessment</u>: $100.00

## Count Two

<u>Violation</u>:    21 U.S.C. § 846

<u>Penalty</u>:    If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

**First Superseding Indictment/Notice of Penalty – Page 5**

Special Assessment: $100.00

## Count Three

Violation:     21 U.S.C. § 848(a)

Penalty:       Any person who engages in a continuing criminal enterprise shall be
               sentenced to a term of imprisonment which may not be less than 20 years
               and which may be up to life imprisonment, a fine not to exceed $2 million,
               or both; supervised release of at least eight years;

               If any person engages in such activity after one or more prior convictions
               under this section have become final, he or she shall be sentenced to a term
               of imprisonment which may not be less than 30 years and which may be up
               to life imprisonment, a fine not to exceed $4 million, or both; supervised
               release of at least ten years.

Special Assessment: $100.00