**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

JUL 0 7 2020

Clerk, U.S. District Court
Eastern District of Texas

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:19CR160 |
| | § | Judge Jordan |
| NICOLE RENE MARTINEZ (2) | § | |

## FACTUAL BASIS

The defendant, **Nicole Rene Martinez**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant, **Nicole Rene Martinez**, who is changing her plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Nicole Rene Martinez** and one or more persons in some way or manner made an agreement to commit the crime charged in Count Two of the Second Superseding Indictment, to knowingly and intentionally possess with the intent to manufacture and distribute 45 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 4.5 kilograms or more of methamphetamine (actual).

4. That **Nicole Rene Martinez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

Factual Basis – Page 1

detectable amount of methamphetamine or 4.5 kilograms or more of methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Nicole Rene Martinez**'s role in this conspiracy was to supply co-conspirators with kilogram quantities of methamphetamine from various sources, ~~which was imported from Mexico,~~ which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 03/05/20

NICOLE RENE MARTINEZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the First Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the First Superseding Indictment.

Dated: 03/05/20

BILLY JACK STOVALL, II
Attorney for the defendant

Factual Basis – Page 2